**AMERICAN GRAPE GROWERS ALLIANCE FOR FAIR TRADE, et al., Plaintiffs,**

v.

**The UNITED STATES, et al., Defendants.**

**Court No. 84–4–00575.**

United States Court of International Trade.

Oct. 29, 1991.

## ORDER

WATSON, Senior Judge.

Upon consideration of the Joint Motion of Plaintiffs and Defendant United States (United States International Trade Commission) to Vacate the July 12, 1991, Judgment of this Court and to Dismiss the Complaint in this civil action, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Judgment of this Court in *American Grape Growers Alliance for Fair*

*Trade, et al. v. United States, et al.*, 771 F.Supp. 363 (1991), remanding the negative preliminary injury determinations of the U.S. International Trade Commission in *Certain Table Wine from France and Italy*, USITC Investigations Nos. 701–TA–210, 211 and 731–TA–167, 168 (Preliminary), 49 Fed.Reg. 10587 (1984), is hereby VACATED.

2. This order does not affect the vacatur of this Court's Judgment of August 8, 1985 (9 C.I.T. 396, 615 F.Supp. 603 (1985)) or the instruction in this Court's July 12, 1991, Memorandum Opinion and Order directing the Commission to vacate its December 3, 1985, affirmative preliminary injury determinations (50 Fed.Reg. 50853 (December 12, 1985)), issued pursuant to that now-vacated August 8, 1985, judgment.

3. The complaint in this civil action is dismissed with prejudice.

4. Each party shall bear its own costs in connection with all aspects of these cases.